427 A.2d 1211

Collins, Jr. v. Kenworth Trucks Philadelphia, Inc. et al.

Appeal of Kenworth Trucks Philadelphia, Inc.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

608

 Argued September 11, 1979. D. Barry Gibbons, for appellant; Dennis Woody, for Collins, Jr., appellee; James W. Gould, for Paccar, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.